COM.

v.

MONROE, K.

712 EDA 2016

Superior Court of Pennsylvania.

07/18/2017

CP–51–CR–0010262–2015
(Philadelphia)

Reversed/Remanded

MILANO, J.

v.

COMMERCE SQUARE PARTNERS

897 EDA 2016

Superior Court of Pennsylvania.

07/18/2017

Reargument Denied 9/18/2017

131002576
(Philadelphia)

Affirmed

COM.

v.

THOMAS, D.

1150 EDA 2016

Superior Court of Pennsylvania.

07/18/2017

CP–51–CR–0013003–2007 (Philadelphia)
Affirmed

COM.

v.

HADI, L.

1402 EDA 2016

Superior Court of Pennsylvania.

07/18/2017

CP–51–CR–0005036–2012 (Philadelphia)
Affirmed

COM.

v.

WAITE, H.

1721 EDA 2016

Superior Court of Pennsylvania.

07/18/2017

CP–51–CR–0016396–2008
(Philadelphia)
Affirmed